| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL R. JANKOWIAK<br><br>Defendant/Petitioner | )<br>)<br>)<br>)<br>)<br>)    Case No.  **CR13-5043**<br>)<br>)<br>)<br>) |

FILED / LODGED
RECEIVED
JAN 30 2013
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

I hereby acknowledge receipt of the Deferred Prosecution Petition packet. I understand I must comply with the deadlines set forth in the Order Establishing Procedures for Processing Deferred Prosecution Petitions if I petition for deferred prosecution. If I choose to petition this Court for deferred prosecution I will execute the paperwork provided to me in the Deferred Prosecution Petition packet.

X _____        * ___1/30/13___
Defendant                                    Date

_____ 38826   ___1/30/13___
Defense Counsel                          Date

13-CR-05043-RCPT