UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA | CR13 |
|---|---|
| Plaintiff, | CASE NO CR-05043 |
| v. | NOTICE OF APPEARANCE |
| Jankowiak, Michael R. | |
| Defendant. | |

TO YOU AND EACH OF YOU will please take notice that Mr. Jankowiak herby makes And enters his notice of appearance in the above entitled proceedings by and Through his undersigned attorney.

All Further papers and proceedings in said cause, except process may be served

Upon said defendant by leaving a copy thereof with his attorney, at his address Stated: 1008 Yakima Ave S. STE 201 Tacoma WA 98405



Matthew Wareham
COUNSEL FOR THE DEFENDANT

13-CR-05043-NTC