FILED_____LODGED
_____RECEIVED

MAR 0 4 2013

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR13 |
| Plaintiff, | CASE NO CR-05043 |
| v. | WAIVER OF RIGHT TO SPEEDY TRIAL |
| Jankowiak, Michael R. | |
| Defendant. | |

I, Mr. Jankowiak, _____, having been advised of my right to a speedy and public trial pursuant to the Sixth Amendment to the Constitution of the United States and the Speedy Trial Act, do knowingly, and with advice of counsel, waive my right to a speedy trial and consent to the continuation of the date of my trial from __3/4/2013_____ to __4/29/13 at 9:00 am_____

for the purpose of 18 U.S.C. §3161(h)(8)(A)&(B).

I consent to the requested continuance in order to allow my counsel the reasonable time necessary to prepare my defense and hereby waive my right to a speedy trial

through 7/29/2013_____.

SSGT Jankowiak _____
DEFENDANT

N/A
INTERPRETER

Matthew Wareham _____
COUNSEL FOR THE DEFENDANT



13-CR-05043-WV